**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Hicks, Corneshia Quantae**                              CASE NO 26-30281-7

CHAPTER **7**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**03/16/2026**___        Signature _____**/s/ Corneshia Quantae Hicks**_____

Corneshia Quantae Hicks, Debtor